**Marcus Daniel ALLISON,**
**Plaintiff–Appellant,**

v.

**Tom MARTIN, County of Oconee SC by Atty.; Deputy Sol David Wagner, Oconee Co.; Chief Public Defender Wilson Burr, Oconee Co.; Corporal Jarrett Price, O.C.S.O.; Sergeant Casey Bowling, O.C.S.O.; James Singleton, Retired Sheriff, O.C.S.O.; Elizabeth Holcomb, M.D. Lieber Correctional Institution; jointly, individually and in their official capacities, Defendants–Appellees,**

**and**

**John Doe, a/k/a Sheriff, O.C.S.O.; Ron Doe, jointly; Don Doe, jointly, individually and in their official capacities, Defendants.**

No. 15–6155.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 27, 2015.

Marcus Daniel Allison, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Daniel Allison appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Allison's 42 U.S.C. § 1983 (2012) complaint. Allison also appeals the district court's subsequent text order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allison v. Martin*, No. 1:14–cv–00668–RBH, 2014 WL 6647139 (D.S.C. Nov. 24, 2014; Dec. 19, 2014). We further deny Allison's motion to appoint counsel and deny as unnecessary his motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*